**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-7834**

————————

MICHAEL F. DEHONEY,

Plaintiff - Appellant,

versus

WILLIAM D. CATOE, Deputy Commissioner, indi-
vidually and/or in their official capacities;
MICHAEL MOORE, Director,

Defendants - Appellees,

and

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
PARKER EVATT, Commissioner,

Defendants.

————————

Appeal from the United States District Court for the District of
South Carolina, at Florence. William B. Traxler, Jr., District
Judge. (CA-94-1903-21BE)

————————

Submitted: July 22, 1998          Decided: August 5, 1998

————————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Michael F. Dehoney, Appellant Pro Se.  Joseph Crouch Coleman, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael F. Dehoney appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint.[*] We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dehoney v. Catoe, No. CA-94-1903-21BE (D.S.C. Nov. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

———————

[*] The order also denied Dehoney's motion to amend and motion to stay the proceedings pending discovery.

2